12/04/17 11:29AM

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____   Chapter   11

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy         4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Boston Herald, Inc. |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 04-2775341 |
| 4. | Debtor's address | **Principal place of business**<br><br>70 Fargo Street, Suite 600<br>Boston, MA 02210<br>Number, Street, City, State & ZIP Code<br><br>Suffolk<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | www.bostonherald.com |
| 6. | Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

12/04/17 11:29AM

Debtor   Boston Herald, Inc.                                          Case number (*if known*)
         ———————————————
         Name

7. **Describe debtor's business**    A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☑ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __5111__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ☑ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   ☐ A plan is being filed with this petition.
   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ☑ No.
   ☐ Yes.

   If more than 2 cases, attach a separate list.

   District _____   When _____   Case number _____
   District _____   When _____   Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☐ No    See Attachment 1
    ☑ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor _____              Relationship _____
    District _____   When _____   Case number, if known _____

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

12/04/17 11:29AM

| Debtor | Boston Herald, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☑ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☑ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☑ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | Boston Herald, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | 12/04/17 11:29AM |

### Request for Relief, Declaration, and Signatures

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    12/8/2017
                 MM / DD / YYYY

X _____     Jeffrey W. Magram
Signature of authorized representative of debtor     Printed name

Title    Chief Operating Officer

**18. Signature of attorney**

X _____     Date  12/8/2017
Signature of attorney for debtor                               MM / DD / YYYY

Curtis S. Miller, Esquire
Printed name

Morris, Nichols, Arsht & Tunnell LLP
Firm name

1201 North Market Street, 16th Floor
Wilmington, DE  19899-1347
Number, Street, City, State & ZIP Code

Contact phone  (302) 351-9412      Email address  cmiller@mnat.com

Bar No. 4853 - Delaware
Bar number and State

-and-

William R. Baldiga, Esquire
Printed name

Brown Rudnick LLP
Firm name

One Financial Center
Boston, MA 02111
Number, Street, City, State & ZIP Code

Contact phone  (617) 856-8200      Email address  wbaldiga@brownrudnick.com

BBO #542125 - Massachusetts
Bar number and State

## ATTACHMENT 1

### PENDING OR CONCURRENT BANKRUPTCY CASES FILED BY AFFILIATES

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed a voluntary petition for relief under title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware. A motion has been filed with the Court requesting that the chapter 11 cases of these entities be jointly administered.

| Entity Name | Relationship | District | Date of Filing | Case Number |
|---|---|---|---|---|
| Herald Media Holdings, Inc. | Affiliate | District of Delaware | 12/8/2017 | Not Yet Assigned |
| Herald Media, Inc. | Affiliate | District of Delaware | 12/8/2017 | Not Yet Assigned |
| Boston Herald, Inc. | Affiliate | District of Delaware | 12/8/2017 | Not Yet Assigned |
| Herald Interactive, Inc. | Affiliate | District of Delaware | 12/8/2017 | Not Yet Assigned |

62916159 v1

## BOSTON HERALD, INC.

### Consent of Sole Director

The undersigned, being the sole Director of Boston Herald, Inc., a Delaware corporation (the "Corporation"), does hereby consent, pursuant to section 141(f) of the Delaware General Corporation Law, to the adoption of the following resolution without the necessity of a meeting of the Board of Directors, and directs that this original instrument of Consent, and all counterparts thereto, be filed with the records of the meetings of the Board of Directors of the Corporation:

RESOLVED: that the President of the Corporation, Patrick J. Purcell (the "President") and the Chief Operating Officer of the Corporation, Jeffrey W. Magram (the "COO"), are authorized and empowered and each directed, on behalf of the Corporation, to execute and file a voluntary petition under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware, and

RESOLVED: that the President and COO are each authorized and empowered and each directed on behalf of the Corporation, whether acting together or alone, to execute all documents and take any and all actions in furtherance of the above, as the President or the COO, in their discretion, may deem to be necessary or appropriate.

Executed this 8th day of December, 2017.

_____
Patrick J. Purcell

62918062 v1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*:<br><br>HERALD MEDIA HOLDINGS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 17-_____ (___)<br><br>Joint Administration Requested |

**CORPORATE OWNERSHIP STATEMENT**

In accordance with Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure, Boston Herald, Inc. (the "Debtor") hereby states that each of the following persons or entities directly or indirectly own 10% or more of the equity interests of the Debtor:

| Name and Address | Ownership Percentage |
|---|---|
| Herald Media, Inc.<br>70 Fargo Street, Suite 600<br>Boston, MA  02210 | 100% |

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtor's taxpayer identification number are as follows: Herald Media Holdings, Inc. (5048); Herald Media, Inc. (1468); Boston Herald, Inc. (5341) and Herald Interactive, Inc. (2359).  The Debtors' headquarters are located at 70 Fargo Street, Suite 600, Boston, MA  02210.

Fill in this information to identify the case and this filing:

Debtor Name **Boston Herald, Inc.**

United States Bankruptcy Court for the: _____ District of **Delaware**
(State)

Case number (*if known*): _____

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration **Corporate Ownership Statement**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **12/8/2017**
MM / DD / YYYY

X _____
Signature of Individual signing on behalf of debtor

Jeffrey W. Magram
Printed name

Chief Operating Officer
Position or relationship to debtor

# United States Bankruptcy Court
## District of Delaware

In re: Boston Herald, Inc.
Debtor(s)

Case No.
Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Herald Media, Inc. | | | 100% |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, Jeffrey W. Magram, the Chief Operating Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   December 8, 2017

Signature   /s/ Jeffrey W. Magram
Jeffrey W. Magram

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*:<br><br>HERALD MEDIA HOLDINGS, INC., et al.[1],<br><br>Debtors | Chapter 11<br><br>Case No. 17-_____<br><br>Joint Administration Requested |

## CONSOLIDATED LIST OF THIRTY CREDITORS
## HOLDING LARGEST UNSECURED CLAIMS

Set forth below is a list of creditors holding the thirty (30) largest unsecured claims against Herald Media Holdings, Inc., Herald Media, Inc., Boston Herald, Inc. and Herald Interactive, Inc. (collectively, the "Debtors") as of December 8, 2017. The list has been prepared from the books and records of the Debtors.

The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims. Inclusion of a claim on the attached consolidated list is not an admission that the amounts listed are undisputed, fixed and liquidated nor an admission that the amounts are owed by more than one of the Debtors.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Herald Media Holdings, Inc. (5048); Herald Media, Inc. (1468); Boston Herald, Inc. (5341) and Herald Interactive, Inc. (2359). The Debtors' headquarters are located at 70 Fargo Street, Suite 600, Boston, MA 02210.

| | Name of creditor and complete mailing address including zip code | Name, telephone number and email address of creditor contact | Nature of claim [for example, trade debts, bank loans, professional services, and government contracts] | Indicate if claim is contingent, unliquidated or disputed | Amount of unsecured claim* If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1. | Boston Herald Pension & Retirement Plan<br>70 Fargo Street, Suite 600<br>Boston, MA 02210 | Carol Barnett<br>Tel.: (617) 619-6238 | Retirement Benefits | C U | | | Unknown |
| 2. | Boston Herald, Inc. Guild Retirement Plan<br>70 Fargo Street, Suite 600<br>Boston, MA 02210 | Carol Barnett<br>Tel.: (617) 619-6238 | Retirement Benefits | C U | | | Unknown |
| 3. | CWA/ITU Negotiated Pension Plan<br>1323 Aeroplaza Drive<br>Colorado Springs, CO 80916 | Administrative Manager<br>Tel.: (719) 473-3862 | Retirement Benefits | C U | | | Unknown |
| 4. | News Group Boston, Inc.<br>Guild and Editorial Employees' Dismissal Pay and Death Benefit Plan<br>TNG-CWA 31032<br>47 Willard Street<br>Quincy, MA 02169 | Brian T. Whelan, President<br>Tel.: (617) 448-9638 | Retirement and Other Benefits | C U | | | Unknown |
| 5. | GCIU-Employer Retirement Fund<br>13191 Crossroads Pkwy N,<br>Suite 205<br>City of Industry, CA 91746-3434 | Administrator<br>Tel.: (562) 463-5010 | Retirement Benefits | C U | | | Unknown |
| 6. | Boston Newspaper Retirement Fund<br>Amalgamated Life Assurance Co./Alicare<br>333 Westchester Avenue<br>White Plains, NY 10604 | Fund Administrator<br>Tel.: (914) 367-5964 | Retirement Benefits | C U | | | Unknown |
| 7. | Graphic Communications Conference of the International Brotherhood of Teamsters National Pension Fund<br>455 Kehoe Boulevard<br>Suite 101<br>Carol Stream, IL 60188 | Fund Administrator<br>Tel.: (630) 871-7733 | Retirement Benefits | C U | | | Unknown |
| 8. | New England Teamsters & Trucking Industry Pension Fund<br>Teamsters Local 25<br>1 Wall Street<br>Burlington, MA 01803 | Fund Manager<br>Tel.: (781) 345-4400 | Retirement Benefits | C U | | | Unknown |
| 9. | New York Typographical Union<br>CWA Local 14156<br>831 S. Nevada Avenue<br>Suite 120<br>Colorado Springs, CO 80903 | Lon Castle, Admin. Manager<br>Tel.: (719) 473-3862 | Collective Bargaining Agreement | C U | | | Unknown |
| 10. | The Newspaper Guild of Greater Boston Editorial Unit<br>501 3rd Street, N.W., 6th Floor<br>Washington, D.C. 20001 | Assistant to the Trustees<br>Tel.: (888) 893-3650 | Collective Bargaining Agreement | C U | | | Unknown |
| 11. | The Newspaper Guild of Greater Boston, Commercial Unit<br>TNG-CWA 31032<br>47 Willard Street<br>Quincy, MA 02169 | Brian T Whelan, President<br>Tel.: (617) 448-9638 | Collective Bargaining Agreement | C U | | | Unknown |

| | Name of creditor and complete mailing address including zip code | Name, telephone number and email address of creditor contact | Nature of claim [for example, trade debts, bank loans, professional services, and government contracts] | Indicate if claim is contingent, unliquidated or disputed | Amount of unsecured claim* If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 12. | International Brotherhood of Teamsters Local Union #25 544 Main Street Charlestown, MA 02129 | Tel.: (617) 241-3963 | Collective Bargaining Agreement | C U | | | Unknown |
| 13. | Pension Benefit Guaranty Corporation Office of the General Counsel 1200 K Street, N.W. Washington, D.C. 20005-4026 | Tel.: (202) 326-4020 Fax: (202) 326-4112 efile@pbgc.gov | Guaranty of Collective Bargaining Benefits | C U | | | Unknown |
| 14. | Alice Coleman 918 North Main Street, #7 Laconia, NH 03246 | | Retirement Benefits Payable for Lifetime of Creditor | C U | | | Unknown |
| 15. | Francis Ochs 40 Westwind Road Dorchester, MA 02125 | | Retirement Benefits Payable for Lifetime of Creditor | C U | | | Unknown |
| 16. | James Oliver 11 Byron Avenue Methuen, MA 01844 | | Retirement Benefits Payable for Lifetime of Creditor | C U | | | Unknown |
| 17. | Joseph Pietruszewski 805 Little Town Road Port Orange, FL 32127 | | Retirement Benefits Payable for Lifetime of Creditor | C U | | | Unknown |
| 18. | Ralph H. Dyer, Jr. 19309 Arrowhead Lane North Fort Myers, FL 33903 | | Retirement Benefits Payable for Lifetime of Creditor | C U | | | Unknown |
| 19. | Richard J. White 7 Paul Avenue Salem, MA 01970 | | Retirement Benefits Payable for Lifetime of Creditor | C U | | | Unknown |
| 20. | Richard Stone 7 Lincoln Drive Londonderry, NH 03053 | | Retirement Benefits Payable for Lifetime of Creditor | C U | | | Unknown |
| 21. | Steven G. Astrofsky 6 Hillcrest Road Canton, MA 02201 | | Retirement Benefits Payable for Lifetime of Creditor | C U | | | Unknown |

| | Name of creditor and complete mailing address including zip code | Name, telephone number and email address of creditor contact | Nature of claim [for example, trade debts, bank loans, professional services, and government contracts] | Indicate if claim is contingent, unliquidated or disputed | Amount of unsecured claim* If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 22. | 451 D Street, LLC c/o Lincoln Property Company 70 Fargo Street, Suite 102A Boston, MA 02210 | Jennifer Giarla-Salsgiver, RPA® Property Manager P-617.737.3462 x1005 F-617.737.3463 jgiarla@lpc.com | Commercial Lease | | | | $150,000 |
| 23. | The Boston Globe 1 Exchange Place Boston, MA 02109 Attn: Chief Financial Officer | | Trade Services | U | | | $600,000.00 Estimate |
| 24. | Publishers Circulation Fulfillment, Inc. 502 Washington Avenue, Suite 500 Towson, MD 21201 | (410) 821-8614 | Trade Services | U | | | $40,000.00 Estimate |
| 25. | American Express Customer Service P.O. Box 981531 El Paso, TX 79998-1531 | (800) 528-2122 | Trade Services | U | | | $30,000.00 Estimate |
| 26. | Third & Grove 745 Atlantic Avenue Boston, MA 02111 | (617) 752-1362 | Trade Services | U | | | $30,000.00 Estimate |
| 27. | Mintz, Levin Cohn Ferris Glovsky and Popeo PC One Financial Center, Boston, MA 02111 Attn Jeffrey S. Robbins | Jeffrey S. Robbins (617) 742-6000 jsrobbins@mintz.com | Professional Services | U | | | $20,000.00 Estimate |
| 28. | John Hancock Retirement Plan Services Attn: Kerry Forrester 690 Canton Street Westwood, MA 02090 | Louis F. Gebhard Tel.: (781) 690-1807 lgebhard@jhancock.com | Professional Services | U | | | $15,000.00 Estimate |
| 29. | ISA Marketing 1458 Hancock Street, Suite 306-B Quincy, MA 02169 | (617) 689-8822 | Trade Services | U | | | $13,000.00 Estimate |
| 30. | Tribune Content Agency, 15158 Collections Center Dr. Chicago, IL 60693 | (312) 222-4452 | Trade Services | U | | | $10,000.00 Estimate |

\* The filing of this list is without prejudice to the Debtors' rights with respect to the claims listed herein. The Debtors reserve all rights with respect to these claims, including whether the Debtors are liable for such claims, and the amount of any such liability.

62916160 v1

Fill in this information to identify the case and this filing:

Debtor Name __Herald Media Holdings, Inc.__

United States Bankruptcy Court for the: _____ District of __Delaware__
(State)

Case number (if known): _____

## Official Form 202
### Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the Chief Operating Officer of Herald Media Holdings, Inc., Herald Media, Inc., Boston Herald, Inc. and Herald Interactive, Inc. (collectively, the "Debtors" in these cases.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule ____
- ☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- X Other document that requires a declaration __Consolidated Creditor Matrix__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __12/08/2017__
MM / DD / YYYY

X __/s/ Jeffrey W. Magram__
Signature of individual signing on behalf of debtor

__Jeffrey W. Magram__
Printed name

__Chief Operating Officer__
Position or relationship to debtor

Official Form 202            Declaration Under Penalty of Perjury for Non-Individual Debtors